United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ABRAHAM MEDINA RAMOS, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL NO. 1:26-CV-00136 |
| § | |
| CARLOS CISNEROS, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Ignacio Torteya, III.

Signed on February 9, 2026.

_____
Rolando Olvera
United States District Judge